**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 18-1667**

———————————

CEDRICK EURON DRAPER,

           Plaintiff - Appellant,

    v.

NEW RIVER VALLEY PIZZA LLC, d/b/a Domino's Pizza,

           Defendant - Appellee.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Robert Stewart Ballou, Magistrate Judge.  (7:18-cv-00111-RSB)

———————————

Submitted:  October 5, 2018                    Decided:  October 24, 2018

———————————

Before AGEE and FLOYD, Circuit Judges, and SHEDD, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Cedrick Euron Draper, Appellant Pro Se. Terry Gene Kilgore, KILGORE LAW OFFICE, Gate City, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cedrick Euron Draper appeals the district court's order dismissing this civil action pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Draper's informal brief does not challenge the basis for the district court's disposition, Draper has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*